IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONA MARIA TATARU,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | 8:25CV344<br><br>**MEMORANDUM AND ORDER** |

       This matter is before the Court on its own motion.  On May 12, 2025, Plaintiff filed a Complaint, Filing No. 1, while in the custody of the Federal Bureau of Prisons ("BOP") at FCI-Aliceville.  On June 3, 2025, Plaintiff filed a Motion for Leave to Proceed in Forma Pauperis, Filing No. 5, also while in BOP custody.  According to the BOP's online inmate records, Plaintiff is no longer in BOP custody as of June 10, 2025.  *See* https://www.bop.gov/inmateloc/ (last visited July 29, 2025).  Plaintiff has an obligation to keep the Court informed of her current address at all times.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

       IT IS THEREFORE ORDERED that:

       1.    Plaintiff must update her address within 30 days.  Failure to do so will result in dismissal of this action without further notice to Plaintiff.

       2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **August 28, 2025**: check for address.

2

Dated this 29th day of July, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge