UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
South Louisiana ICE Processing Center
3843 E Stagg Avenue
Basile, LA 70515

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 AUG 15 AM 10: 54
OFFICE OF THE CLERK

August 8th, 2025

IN THE MATTER OF: **Mona Tataru**
A-File No.: **240-355-675**
Case Number: **8:25-cv-00344-JFB-PRSE**

RECEIVED
AUG 15 2025
CLERK
U.S. DISTRICT COURT

TO HONORABLE: U.S. District Court, District of Nebraska

RESPONSE PRO SE MOTION for deferred action
Motion under section 212(c) Waiver

    I, Mona Tataru (DOB 03/19/1991), proceeding Pro Se at this time, respectfully files a motion requesting this honorable U.S. District Court, District of Nebraska for deferred action Motion under section 212(c) Waiver on Pending Case # **8:25-cv-00344-JFB-PRSE**. I am currently detained and residing at: South Louisiana ICE Processing Center, 3843 E Stagg Avenue, Basile, LA 70515. I am hereby also requesting your assistance in submitting back to me a final disposition for case # 8:25-cv-00344-JFB-PRSE. I would like to take this opportunity to respectfully address my current situation further; because, I must close everything that is preventing me from moving clean going forward with my life in terms of legal matters and compliance with the US law. Previously I sent a couple of letters regarding this pending matter; I also filed motions for Leave to Proceed In Forma Pauperis, however I do not know where I stand within the dockets my case. I do wish to pursue further query action regarding this pending case (8:25-cv-00344-JFB-PRSE), hence I am directing this request to U.S. District Court, District of Nebraska. I was advised that it is the entity responsible for making decisions on case dispositions.

    Upon reseach of this pending case (8:25-cv-00344-JFB-PRSE), it appears that only an acknowledgement of receipt (notice) has been filed at the Clerk of Court. Based on the same research results, I am hereby contacting the U.S. District Court, District of Nebraska as it is in my best interest. I hereby request this honorable court with prosecutional discretion exercised to grant petition for deferred action, in the event it remians open. Throughout this journey that I inflicted on myself of incarceration, prison sentence and ICE detention I learned so many lessons and all I want is to move forward with my life. Be an exemplary individual at last; I do not want to have any pending legal issues hanging over me like a dark remembrance or a chip on my shoulder that must be off from my life entirely. It is my desire to do right; I have been going through a lot of ups and downs my entire life and the least I want is to continue carrying pending matters as a result of my poor life choices and decisions.

    Allow me to add to this motion herewith a summary of various classes and certificates I was able

to complete while serving my prison sentece. While incarcerated at a Federal prison in Aliceville, Alabama I completed the following courses and certifications:

- **Exxel Outdoors**: certification of achievement for outstanding performance in bags.
- **ServSafe Certification**: Food Protection Manager Certification, which is accredited by the ANSI (American National Standards Institute) National Accreditation Board (ANAB) Conference for Food Protection (CFP)
- **ServSafe Certification**: Food Handler, employee food safety course and exam.
- **Budgeting Certificate of Completion**: release preparation program course work (2025) at FCI Aliceville, AL
- Business Planning Certification
- Poetry and Self Esteem Classes
- GED prep and English courses
- **Stratford Career Institute**: Professional Interior Decorating

As explained at the beginning of this motion, I am currently detained and residing at: South Louisiana ICE Processing Center. As part of my immigration and removal proceedings, previously, I filed an asylum petition, immigration form I-589 withholding of removal, and protection under the United Nations Convention Against Torture in the United States; unfortunately it was denied due to supporting documentation I could not provide. I believe it was also because immigration court takes into consideration pending cases (State and Federal) of every single ICE detainee in order to make decisions upon removal proceedings and whether a detainee qualifies for relief or not. Having explained that, you may understand and conclude that my open case in this subject matter represents a huge determinant for inadmissibility. Although the Convention definition of torture requires that several elements be met before an act may constitute torture, many of those elements are not relevant for the credible fear determination. This is because the purpose of the credible fear determination is to cast a wide net to identify all those who might require protection under the Convention, and many elements of the Convention definition of torture require complex legal and factual analyses that may be more appropriately considered in a full hearing before an immigration judge.

As far as intent, I already testified that my offender intends to inflict severe pain and suffering upon me if I get deported back to Romania. Hence within immigration, evaluating whether I established a credible fear of torture, it has been determined that I clearly fear I would be intentionally harmed. For purposes of the credible fear determination, this does not mean that my feared offender intends to inflict serious harm on me, only that I have the utmost fear the offender intends to take some action that would result in serious harm to me. According to various immigration regulations, I meet the standard of proof necessary to be found to have a credible fear of torture in the event of my deportation to my home country Romania. I have been able to establish that there is a significant possibility that I am eligible for withholding of removal or deferral of removal under the Convention against Torture due to the following:

1. There is a significant possibility my asylum claim is credible;
2. I fear that I will be intentionally subjected to serious physical and mental harm in Romania, the same country which I may be removed; and
3. There is a significant possibility that I will be inevitably exposed to extreme harm, such feared harm would be inflicted upon me by offenders and instigators whom have mistreated me before in unhuman ways.

Mainly, the reason why I filed for asylum is because the situation in my home country Romania is unbearable. My life will be in dire danger if I go back to my home country Romania; I was the victim of rape, torture and mistreatments and in the event of my deportation I will face the same misteatments again. Here in the USA I have an excellent support system; gladly I have a strong sponsor who can support me financially until I can find employment and be on my own. In addition, I will encounter no issues in finding employment. My ability to speak fluent english, spanish, italian and romanian is of great advantage to me and it will open many employment doors amongst the job market. Also, I have many years of professional experience, having advanced university degrees and always striving for professional advancement does place me under an adantageous category.

Furthermore, I would like to share the personal circumstance that have had a significant impact on my life: I have always been with my family, both emotionally and physically, always providing for them to the best of my abilities, caring for them and giving them all my love. At this time, my immigration case has cost me my freedom, hence I cannot be present with my family, and they are sadly suffering my absence. My father has a major heart condition, I want to continue working not only to reach my financial stability but also to support my family and be able to find better medical treatment for my father's heart condition. Lastly, I want to be able to afford the type of medical treatment that will allow my father to have a quality life. I want nothing more than to continue dedicating my life to my family and remain by their side, we have a loving bond that not even words can express how profound it is. My family will be very devastated and heartbroken if I cannot continue being present in their lives, I must give them constant care and attention despite the challenges we may face.

I understand the importance of ensuring public safety and be in compliance with the US law. I have always been a responsible contributing member of society: dedicated hard-working woman, college graduate with advanced degree, taxpayer and devoted support pillar to my family. In light of my personal circumstances, I humbly ask to grant my motion for dismissal of my case and allow me pardon. I ask for your clemency, understanding and compassion in considering my case closure as soon as administratively possible. I hope you will take into consideration my sincere commitment to making things right and my dedication to my family during this difficult time. I understand the importance of maintaining the integrity of the US laws, but I also believe that compassion and understanding of individual circumstances can play a significant role in achieving a just outcome. I am requesting that you use your discretion to allow of my case, which will permit me to continue with my immigration proceedings and also allow me to eventually continue providing essential care for my family as well as contribute to the community in a meaningful way. Thank you for your time, consideration, and understanding of my situation. I hope you will give my motion request due consideration and offer me deferred action, Motion under section 212(c) Waiver on Pending Case # 8:25-cv-00344-JFB-PRSE herewith.

RESPECTFULLY SUBMITTED,

X _____

**Mona Tataru**
A-File No.: 240-355-675
South Louisiana ICE Processing Center
3843 E Stagg Avenue
Basile, LA 70515

Mona Maria Tataru
A# 240-355-675
South Louisiana ICE Processing Center
3843 E Stagg Avenue
Basile, LA 70515

SLIPC
CENSOR
NOT RESPONSIBLE FOR
THE CONTENT OF
THIS LETTER

RECEIVED
AUG 15 2025
CLERK
U.S. DISTRICT COURT

Office of the Clerk
United States District Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

BATON ROUGE LA 707
12 AUG 2025 AM 3 L